IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
FILED
June 28, 2006
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BURNICE WILSON, ) | |
| Petitioner, ) | |
| ) | 3:06-CV-0724-R |
| v. ) | |
| ) | |
| DOUGLAS DRETKE, Director ) | |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division ) | |
| Respondent. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this 28th day of June, 2006.

_____
JERRY BUCHMEYER
SR. UNITED STATES DISTRICT JUDGE